RICHARD M. FRANCHI *v.* AMERICAN LAWYER
MEDIA, L.P., ET AL.
(AC 17563)

Foti, Schaller and Healey, Js.

Argued November 4—officially released November 24, 1998

Per Curiam. The judgment is affirmed.

BOBBY PETERSON *v.* COMMISSIONER OF
CORRECTION
(AC 16970)

O'Connell, C. J., and Hennessy and Stoughton, Js.

Argued November 6—officially released November 24, 1998

Per Curiam. The judgment is affirmed.

CECELIO S. DELEON *v.* COMMISSIONER OF
CORRECTION
(AC 18474)

Lavery, Hennessy and Kulawiz, Js.

Argued December 15, 1998—officially released January 12, 1999

Per Curiam. The judgment is affirmed.